# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebeca Stephens,<br><br>             Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>             Defendant. | **NO. CV-21-00130-TUC-CKJ (DTF)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 2, 2022, this case is remanded to the Commissioner of Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

Debra D. Lucas
District Court Executive/Clerk of Court

February 2, 2022

          s/ A. Calderón
By    Deputy Clerk
